EXHIBIT 2

| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
|---|---|
| COUNTY OF HAYWOOD | SUPERIOR COURT DIVISION<br>24 CVS 384 |

WILLIAM ELIJAH RIDDLE, A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, HEATHER MICHELLE RIDDLE,

    Plaintiff,

v.

NEIL ROGERS,

    Defendant.

**NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT**

    Defendant Neil Rogers hereby gives notice that this matter has been removed to the United States District Court for the Western District of North Carolina as authorized by 28 U.S.C. §§ 1331, 1441, and 1446. Defendant's Notice of Removal of this action is based on federal question jurisdiction. A copy of the Notice of Removal is filed with the Clerk of Court of the United States District Court for the Western District of North Carolina in accordance with the provisions of 28 U.S.C. § 1446(d), and a copy has been served upon the Plaintiff in this matter.

    THIS the 22nd day of May 2024.

CAMPBELL SHATLEY, PLLC

*Ashton Guyer* for Ashley Leonard with authority
Ashley F. Leonard
NC State Bar No. 56205
674 Merrimon Ave., Suite 210
Asheville, NC 28804
ashley@csedlaw.com
828-378-0064
828-398-2795 (fax)

# CERTIFICATE OF SERVICE

      This is to certify that the undersigned has this date served this *Notice of Filing of Notice of Removal to Federal Court* in the above-entitled action upon all parties to this cause via electronic copy, properly addressed as listed:

Mark R. Melrose
Adam R. Melrose
Melrose Law, PLLC
P.O. Box 567
Waynesville, NC 28786
melrose@mountainverdict.com
adam@mountainverdict.com
*Attorneys for Plaintiff*

      **THIS** the 22nd day of May 2024.

_____  *Ashton Guyer* for Ashley Leonard
Ashley F. Leonard     with authority

{CS: 00118552.DOCX }